IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARIE GRAY and CATHY JONES, )
)
        Plaintiffs, )
)
    v. ) Civil Action No. 19-1860-CFC/SRF
)
CASEY L. BREIDIGAN, et al., )
)
        Defendants. )

## ORDER

At Wilmington this 3rd day of May 2023, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon on April 10, 2023, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Fallon's Report and Recommendation (D.I. 47) is ADOPTED.

2. Defendant's motion for partial summary judgment (D.I. 37) is GRANTED-IN-PART AND DENIED-IN-PART. The motion is

granted-in-part with respect to dismissing John/Jane Does 1-10 and denied-in-part with respect to Plaintiff Jones' loss of consortium claim.

_____
Chief Judge